**Alonzo GREENE, Plaintiff–Appellant,**

v.

**DURHAM COUNTY POLICE DEPART-MENT, sued in individual and official capacity; R.C. Swartz, Durham County police officer sued in individual and official capacity; John Doe, # 1(DPO), Police Investigator, sued in individual and official capacity; John Doe, # 2(DPO), Police Investigator, sued in individual and official capacity; John Doe, DPO (Supervisor at scene), sued in individual and official capacity, Defendants–Appellees.**

No. 14–6887.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 22, 2014.

Alonzo Greene, Appellant Pro Se. Kimberly Martin Rehberg, City Attorney's Office, Durham, North Carolina, for Appellee.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Greene appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint as to one defendant and denying his motion to alter or amend judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Greene seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Greene's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*